FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 13 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 23 CR 857 DHU |
| | ) |
| vs. | ) Count 1: 18 U.S.C. § 1512(c)(2): |
| | ) Obstruction of Justice; |
| **JUSTIN AQUINO,** | ) |
| | ) Count 2: 18 U.S.C. § 1001(a)(2): False |
| Defendant. | ) Statement. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about February 26, 2020, in Rio Arriba County, in the District of New Mexico, the defendant, **JUSTIN AQUINO**, did knowingly, willfully, and corruptly obstruct, influence, and impede, and did attempt to corruptly obstruct, influence, and impede an official proceeding, namely, a federal grand jury investigation, that would foreseeably result from an investigation conducted by Homeland Security Investigations and the Drug Enforcement Administration of possible violations of federal criminal laws.

In violation of 18 U.S.C. § 1512(c)(2).

### Count 2

On or about May 24, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **JUSTIN AQUINO**, in a matter within the jurisdiction of the Federal Bureau of Investigation, a federal law enforcement agency within the executive branch of the United States, knowingly and willfully made a materially false, fictious, and fraudulent statement and representation, knowing such statement and representation to be false, fictitious, and fraudulent,

namely the defendant falsely stated that he had not disclosed information to J.M. about "any individuals that might be working for the feds," when in truth and fact the defendant knew that he had disclosed such information to J.M. on about February 26, 2020.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney