# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>JUSTIN AQUINO<br>*Defendant* | )<br>)<br>)<br>)  Case No.   CR 23-857 DHU<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | United States District Court, District of New Mexico<br>333 Lomas Blvd NW, Albuquerque, NM 87102<br>Before United States Magistrate Judge Jennifer Rozzoni | Courtroom No.: | Hondo, 4th Floor |
|---|---|---|---|
| | | Date and Time: | 06/27/2023 9:30 am |

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1512(c)(2): Obstruction of Justice;

Count 2: 18 U.S.C. § 1001(a)(2): False Statement.


Date:  06/13/2023

*K. Hernandez de Sepulveda*
*Issuing officer's signature*

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*



# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Mitchell R. Elfers**
**Clerk of Court**

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

Dear Sir or Madam:

You are summoned to appear before the Court on the date as specified on the attached summons, at Albuquerque, New Mexico, for initial presentment on the charges presented on the attached Indictment/Information. Your appearance at this proceeding is mandatory.

### UPON RECEIPT OF THE ENCLOSED SUMMONS TO APPEAR IN THE UNITED STATES DISTRICT COURT, YOU SHOULD IMMEDIATELY CONTACT THE PRETRIAL SERVICES OFFICE:

**TELEPHONE:** (505) 348-2733

**EMAIL:** abq_fax_2733@nmp.uscourts.gov

**ADDRESS:** 333 Lomas Blvd. NW, Albuquerque, New Mexico, 87102

If you intend to hire an attorney, promptly advise the Pretrial Services Office, instruct your attorney to file an Entry of Appearance with the Clerk of the U.S. District Court, 333 Lomas Blvd. NW, Albuquerque, New Mexico, 87102, and have your attorney appear with you as scheduled on the summons.

If you are unable to afford an attorney, advise Pretrial Services at the time of your contact. The Court will determine from the information provided to Pretrial Services whether you are entitled to Court appointed counsel. If you qualify for appointed counsel, the appointed counsel will be instructed to contact you as soon as possible prior to your scheduled appearance. At the conclusion of your hearing, you must report to the offices of Pretrial Services and the U.S. Marshal for processing.

Sincerely,

MITCHELL R. ELFERS
CLERK OF COURT