IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                                                 Cr. No.  23-CR-00857 DHU

**JUSTIN AGUINO**,
 aka Justin Aquino,

      Defendant.

## MOTION FOR *LAFLER/FRYE* HEARING BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States respectfully moves this Court to order a hearing before a United States Magistrate Judge to inquire with the defendant, (hereinafter, "Defendant"), and his attorney, Britany Schaffer, whether defense counsel communicated to Defendant the plea offer extended by the United States in this matter.  In support of this motion, the United States provides the following:

    1.     A criminal defendant has the right to effective assistance of counsel during pre-trial plea negotiations, including with respect to plea offers that lapse or the defendant rejects. *See Lafler v. Cooper*, 566 U.S. 156 (2012); *Missouri v. Frye*, 566 U.S. 134 (2012) (commonly collectively referred to as *Lafler/Frye*).

    2.     The United States extended a plea offer to Defendant, by email, prior to December 7, 2023.

    3.     To protect against any future claim of ineffective assistance of counsel on this issue, the United States respectfully requests that the Court direct a United States Magistrate

1

Judge to inquire on the record at a hearing whether defense counsel informed Defendant of the United States' plea offer and whether Defendant chose to reject this offer.

4.  Further, the United States requests that the Court direct the United States Magistrate Judge to make the prosecution's plea offer a sealed exhibit at the hearing and verify that Defendant and defense counsel discussed the terms of the plea before rejecting the United States' proposed resolution.

5.  The United States has conferred with Defendant's attorney, Brittany Schaffer, and she does not oppose the Court ordering a *Lafler*/*Frye* hearing in this matter.

6.  Defense counsel has requested that this matter be set for hearing on or between April 24, 2024, through April 26, 2024, if possible, due to previously arranged travel.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Niki Tapia-Brito*
NIKI TAPIA-BRITO
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for defendant.

*filed electronically March 27, 2024*
Niki Tapia-Brito

2