# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Justin Aquino                    Docket No. 1:23CR00857-001DHU

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Joann L. Griego, United States Probation Officer presenting an official report upon the conduct of Justin Aquino who was placed under pretrial release supervision by the Honorable Laura Fashing United States Magistrate Judge, sitting in the Court at Albuquerque, New Mexico, on July 6, 2024, with conditions which included the following:

**7(a) The defendant must, submit to supervision by and report for supervision to the United States Pretrial/Probation Office.**

The defendant has not communicated with Pretrial Services since August 26, 2024. On August 30, 2024, the undersigned officer discovered, a bench warrant was issued by the Isleta Tribal Court in case no. CV-CU-0094-2020 for Failure to Appear at a Hearing on Child Support on August 22, 2024. The undersigned officer has made several attempts in contacting the defendant to complete a home visit and to discuss the status of this warrant with the defendant. The defendant's phone appears to not be in service, and he has failed to remain in communication with this officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/16/2024

*Joann Griego*
───────────────────────
Joann Griego
United States Probation Officer

Place: Santa Fe, New Mexico