IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         23-cr-857-DHU

**JUSTIN AGUINO,**
        Defendant.

## MOTION TO WITHDRAW AND APPOINT CJA COUNSEL

COMES NOW Britany Schaffer, counsel of record for Justin Aguino, and hereby respectfully moves the Court for leave to withdraw as Counsel for Defendant Justin Aguino; and to appoint substitute counsel.

In support of this motion, Counsel states as follows:

1. Counsel was appointed to represent Defendant in this case under the Criminal Justice Act on June 13, 2023. (Doc. 5).

2. On October 9, 2024, Counsel for Mr. Aguino filed a motion for an emergency status hearing due to being unable to contact him. (Doc. 55).

3. Due to the lack of contact for Mr. Aguino, the Court vacated the trial setting for November 5, 2024. (Doc. 56).

4. To date, Counsel for Mr. Aguino has been unable to contact him.

5. Since the loss of contact with Mr. Aguino, Counsel for Mr. Aguino accepted employment out of state and is no longer able to continue representing Mr. Aguino in this case.

6. For this reason, Counsel for Mr. Aguino respectfully requests to withdraw from this case, but because Mr. Aguino still requires counsel to assist in his representation in this case, he requests the Court to appoint substitute counsel to assist in this relief.

7. Counsel for Mr. Aguino has contacted AUSA Lou Mattei for the United States' position, and the government is unopposed to this Motion.

WHEREFORE, in consideration of the above and foregoing, Counsel respectfully requests the Court grant her leave to withdraw as Counsel for Defendant Justin Aguino; to appoint substitute counsel; and for such other and further relief that the Court deems just and proper.

Respectfully Submitted,

*/s/Britany Schaffer*
Britany Schaffer
britaschaf@gmail.com
(505)715-7977

Attorney for Defendant Justin Aguino

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2025, a true and correct copy of the above and foregoing was electronically filed by using the CM/ECF system, which will send a notice of electronic filing and access to the document to all counsel of record.

Because Mr. Aguino's location is currently unknown, no service could be made to notify him as to this filing.

Attorney for Defendant