AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 1:23CR00857-001DHU |
| Justin Aquino | ) | |
| Defendant | ) | |

16 1.. 2

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 6 2025

MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Justin Victor Aguino Justin Victor Aquino, who is accused of an offense or violation based on the following document filed with the court:

| ☐ Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information | ☐ Complaint |
|---|---|---|---|---|
| ☐ Probation Violation Petition | | ☐ Supervised Release Violation Petition | ☐ Violation Notice | ☒ Order of the Court |

This offense is briefly described as follows:

The defendant has not communicated with Pretrial Services since August 26, 2024. On August 30, 2024, the undersigned officer discovered, a bench warrant was issued by the Isleta Tribal Court in case no. CV-CU-0094-2020 for Failure to Appear at a Hearing on Child Support on August 22, 2024. The undersigned officer has made several attempts in contacting the defendant to complete a home visit and to discuss the status of this warrant with the defendant. The defendant's phone appears to not be in service, and he has failed to remain in communication with this officer. The defendant's whereabouts are currently unknown.

Date: 9/16/2024

_____
Issuing Officer's signature

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
Printed name and title

AO 442 (Rev. 08/14) Arrest Warrant (page 2)

| Return |
|---|
| This warrant was received on (date) __09/16/24__, and the person was arrested on (date) __11/26/25__ at (city and state) __Ohkay Owingeh Pueblo__ <br><br> Date: __11/26/25__                                    _[signature]_ <br> <div style="text-align:right">Arresting officer's signature</div> <br><br> <div style="text-align:right">__SA RaeAnn Jojola__</div> <div style="text-align:right">Printed name and title</div> |